United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 24-51638-KMS
Floyd Ambross Downs  Chapter 13
Felicia Faye Downs
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Apr 22, 2025     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Floyd Ambross Downs, Felicia Faye Downs, 3749 Cumberland Dr, Moss Point, MS 39563-5011 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | ^ MEBN | Apr 22 2025 19:46:25 | SINGING RIVER HEALTH SYSTEM, c/o MICHAEL J. MCELHANEY, JR, P O BOX 1618, PASCAGOULA,, MS 39568-1618 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 24, 2025     Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor Wells Fargo Bank N.A. logsecf@logs.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Floyd Ambross Downs trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Apr 22, 2025 | Form ID: pdf012 | Total Noticed: 2 |

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Felicia Faye Downs trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
    wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 5

_____



      **SO ORDERED,**

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: April 22, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

IN RE: FLOYD AMBROSS & FELICIA FAYE DOWNS        CHAPTER 13
       Case No. 24-51638-KMS

### ORDER DISALLOWING CLAIM NO. 24-1
### SINGING RIVER HEALTH SYSTEM

       THIS MATTER came on for consideration of the Chapter 13 Trustee's Objection to **Claim No. 24-1** filed by SINGING RIVER HEALTH SYSTEM the Court having considered same and finding that no opposition to the Objection has been filed, does hereby find, order and adjudicate as follows:

       IT IS THEREFORE ORDERED AND ADJUDGED that the Trustee's Objection to Claim (Dk. 34) is hereby sustained and Claim No. 24-1 filed by SINGING RIVER HEALTH SYSTEM, is hereby disallowed based upon the claim being filed after expiration of the claims bar date and shall not receive payment under Debtor(s) Chapter 13 bankruptcy plan.

##END OF ORDER##

Prepared and Submitted by:

Warren A. Cuntz, Jr.
Chapter 13 Trustee
P O Box 3749
Gulfport MS  39505
228-831-9531