

# INVOICE

Invoice # 7917
Date: 05/14/2025
Due On: 06/13/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Floyd Ambross Downs and Felicia Faye Downs

## 05498-Downs Floyd Ambross Downs and Felicia Faye

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 01/06/2025 | Drafted 1st Invoice for services rendered. | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/06/2025 | Reviewed current invoice and completed Lodestar Analysis | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/06/2025 | Drafted 1st Application for Compensation utilizing Lodestar Analysis and billing summary; drafted Notice, Affidavit, and proposed Order. | 0.30 | $0.00 | $0.00 |
| Service | JC | 01/06/2025 | Compensation, Exhibit A, proposed Order, and Lodestar Analysis for his review. | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/06/2025 | Drafted e-mail memo to VM attaching Affidavit for her to obtain TR's signature and notarize. | 0.10 | $0.00 | $0.00 |
| Service | JC | 01/08/2025 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Exhibit A,Exhibit C, and Proposed Order for filing with the Court. | 0.20 | $0.00 | $0.00 |
| Service | BB | 01/09/2025 | Contact Debtor (Text/Email): Reviewed best case for debtors Trustee for the link for their meeting of creditors. Drafted courtesy reminder text with the meeting information for their meeting of creditors zoom for tomorrow. | 0.10 | $100.00 | $10.00 |

Invoice # 7917 - 05/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 01/10/2025 | Ch 13 Meeting of Creditors Warren A. Cuntz T1 Jr. | 0.50 | $360.00 | $180.00 |
| Service | JAC | 01/16/2025 | Review: Proof of Claim 24-51638-KMS Midland Credit Management, Inc. Document # 18 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/16/2025 | Review: Proof of Claim 24-51638-KMS Midland Credit Management, Inc. Document # 19 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/16/2025 | Review: Proof of Claim 24-51638-KMS Jefferson Capital Systems LLC Document # 20 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/16/2025 | Review: Proof of Claim 24-51638-KMS Jefferson Capital Systems LLC Document # 21 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/16/2025 | Review: Proof of Claim 24-51638-KMS Jefferson Capital Systems LLC Document # 22 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/24/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/24/2025 | Review: Proof of Claim 24-51638-KMS LVNV Funding, LLC Document # 23 | 0.10 | $0.00 | $0.00 |
| Service | BM | 01/31/2025 | Review: Proof of Claim 24-51638-KMS Singing River Health System Document # 24-171 page POC | 0.20 | $155.00 | $31.00 |
| Service | JAC | 02/04/2025 | Review: 24-51638-KMS Order on Application for Compensation Document# 21 | 0.10 | $0.00 | $0.00 |
| Service | TR | 02/07/2025 | Email Eric Miller on Obj to Conf | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/11/2025 | Review: 24-51638-KMS Order Setting, Resetting, or Continuing a Hearing Document# 24 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 02/11/2025 | Review: 24-51638-KMS Minute Entry (CHAP) Document# 23 | 0.10 | $360.00 | $36.00 |
| Service | BM | 02/12/2025 | Review: Proof of Claim 24-51638-KMS Ascendium Education Solutions, Inc Document # 25. Sent to attorney for further review. | 0.10 | $155.00 | $15.50 |
| Service | BM | 02/14/2025 | Review: Proof of Claim 24-51638-KMS MOHELA on behalf of Document # 26 | 0.10 | $0.00 | $0.00 |

Invoice # 7917 - 05/14/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BM | 02/14/2025 | Review: Proof of Claim 24-51638-KMS MOHELA on behalf of Document # 27 | 0.10 | $155.00 | $15.50 |
| Service | TR | 02/24/2025 | Review: 24-51638-KMS Notice of Requirement to Complete Course in Financial Management (ADI) Document# 26 | 0.10 | $0.00 | $0.00 |
| Service | TR | 02/26/2025 | Review and sign proposed order by email | 0.10 | $360.00 | $36.00 |
| Service | BM | 02/26/2025 | Incoming Call: Call from Christie with Gulf Trust CU stating they said they have an overpayment for debtor in the amount of $100 and they need to know what to do with the funds. Can they issue a check to debtor or do they need to send the funds to the Trustee. Emailed Jacki for clarification. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/26/2025 | Drafted e-mail to Micki at Cuntz' office to inquire where to send refund for overpayment from credit union. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/26/2025 | Reviewed e-mail from trustees office informing the overpayment needs to be sent to the trustee; called Christie with Gulf Trustee and left a voicemail providing debtor's case number and trustee's address and requesting she mail the overpayment to Trustee Cuntz' office. | 0.10 | $155.00 | $15.50 |
| Service | JC | 02/27/2025 | Incoming Call: Telephone call from Christie with Gulf Trust inquiring who to make the payment to; informed her to make it to Warren Cuntz. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 02/27/2025 | Review: 24-51638-KMS Order on Objection to Confirmation Document# 28 | 0.10 | $0.00 | $0.00 |
| Service | JC | 03/04/2025 | Contact Debtor (Text/Email): Reviewed e-mail from wife informing a payroll deduction was taken from husband's check and wanted to get it stopped; drafted reply informing Gulf Trust actually contacted us a few days ago about sending a refund check to the trustee's office for an overpayment and to please let me know if there are any further deductions. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/05/2025 | Reviewed e-mail from debtor inquiring | 0.40 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | if the Gulf Trust payments will still be deducted from husband's pay check; called Christie with Gulf Trust; was put on hold for a bit; she informed that husband will need to contact his payroll department and inform them that he no longer authorizes the draft and it needs to stop; I told her that he had spoken with them and they said Gulf Trust needed to stop it; and a bit of discussion, she said she will make a call to them to get it stopped; drafted e-mail to debtors informing same and requesting they let me know if his check is drafted again. | | | |
| Service | JC | 03/06/2025 | Reviewed e-mail from wife informing husband will reach out to employer again to get the draft stopped; drafted reply informing her that Christie with Gulf Trust is getting it stopped. | 0.10 | $155.00 | $15.50 |
| Service | JC | 03/06/2025 | Call Debtor: Reviewed e-mail from husband informing he was instructed to contact the credit union to stop the deduction but that the last time he tried to contact the credit union, they told him he had to speak with his attorney; called and spoke to wife and informed her that what I have stated in the last two e-mails is that Christie with Gulf Trust credit union is going to stop the deduction; she said she understood now and that she would let husband know. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/12/2025 | Review: 24-51638-KMS Notice of Mortgage Payment Change Document# 33 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 03/19/2025 | Review: 24-51638-KMS Objection to Claim with 30 day notice Document# 34 | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/23/2025 | Review: 24-51638-KMS Order Regarding Objection to Claim Document# 35 | 0.10 | $0.00 | $0.00 |
| Service | TR | 05/12/2025 | Review and revise itemizations | 0.10 | $360.00 | $36.00 |
| Service | JC | 05/14/2025 | Created draft invoice and gathered information to obtain cost of mailing estimate. | 0.10 | $155.00 | $15.50 |
| Service | JC | 05/14/2025 | Reviewed 1st Application, Order, and Invoice filed in case; reviewed trustee's site to determine amount of | 0.30 | $155.00 | $46.50 |

|  |  |  |  |
|---|---|---|---|
|  | attorney's fees paid to date; reviewed activities in case; began drafting 2nd Application for Compensation, Notice, Affidavit, and proposed Order. |  |  |
|  |  | **Services Subtotal** | **$710.50** |

### Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 01/07/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $84.05 | $84.05 |
|  |  |  | **Expenses Subtotal** |  | **$84.05** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.0 | $360.00 | $360.00 |
| Jennifer Curry Calvillo | Attorney | 1.0 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 0.3 | $360.00 | $108.00 |
| Thomas Rollins | Attorney | 0.1 | $0.00 | $0.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | Non-Attorney | 1.0 | $155.00 | $155.00 |
| Jacki Curry | Non-Attorney | 1.3 | $0.00 | $0.00 |
| Breanne McDaniel | Non-Attorney | 0.5 | $155.00 | $77.50 |
| Breanne McDaniel | Non-Attorney | 0.1 | $0.00 | $0.00 |
|  |  |  | **Subtotal** | **$794.55** |
|  |  |  | **Total** | **$794.55** |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7414 | 02/05/2025 | $4,054.92 | $0.00 | $4,054.92 |

### Current Invoice

Invoice # 7917 - 05/14/2025

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7917 | 06/13/2025 | $794.55 | $0.00 | $794.55 |
| | | | **Outstanding Balance** | **$4,849.47** |
| | | | **Total Amount Outstanding** | **$4,849.47** |