IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **FLOYD AMBROSS DOWNS** | **CASE NO.: 24-51638-KMS** |
| **FELICIA FAYE DOWNS** | |

### ORDER DISMISSING CASE FOR NON-PAYMENT

**THIS MATTER** came on for consideration of the Trustee's Notice and Motion to Dismiss Case for Non-Payment (Dkt.    ), and the Court finding that no timely Response to the Motion was filed, orders and adjudicates as follows:

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion to Dismiss Case for Non-Payment (Dkt.    ) is granted and Debtor(s) Chapter 13 bankruptcy case is hereby dismissed.

##END OF ORDER##

Submitted by:

**Warren A. Cuntz, Jr.**
**Chapter 13 Trustee**
P.O. Box 3749
Gulfport, MS  39505-3749
Tel: (228) 831-9531
Fax: (228) 831-9902
Email:  wcuntzcourt@gport13.com